IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JEANNIE R. ALBANO**,

          Plaintiff,

   v.

**CAROLYN W. COLVIN, Acting
Commissioner of Social Security,**

          Defendant.

No. 3:13-cv-1303-JE

OPINION AND ORDER

**MOSMAN, J.**,

On August 11, 2015, Magistrate Judge John Jelderks issued his Findings and Recommendation [24], recommending that the Commissioner of Social Security's decision should be AFFIRMED and that Plaintiff Carolyn Colvin's action should be DISMISSED with prejudice. Plaintiff objected [29] and Defendant responded [32].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of

1 – OPINION AND ORDER

the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121

(9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R

depends on whether or not objections have been filed, in either case, I am free to accept, reject,

or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

      Upon review, I agree with Judge Jelderks's recommendation and I ADOPT the F&R [24]

as my own opinion.

      IT IS SO ORDERED.

      DATED this   24th   day of September, 2015.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER